IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETTY WILLIAMS | * | |
|     Plaintiff | | |
| | * | |
| vs. | | Civil No.: JFM-97-2800 |
| | * | |
| SOFAMOR DANEK MEDICAL, INC. | | |
|     Defendant | * | |

*******

## ORDER

The court file reflecting that no paper has been filed for more than nine months, it is, this 7th day of April, 2000,

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

J. Frederick Motz
United States District Judge

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 10 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (Rev. 1/2000)