IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETTY WILLIAMS | * | |
| | * | |
| v. | * | Civil No. JFM-97-2800 |
| | * | |
| SOFAMOR DANEK | * | |



***** 

ORDER

In accordance with plaintiffs' request for a ninety day extension to file a request to reopen this matter, and there being no objection to said request, it is, this 7th day of July 2000

ORDERED that plaintiffs are given until October 6, 2000 to file a request to reopen.

J. Frederick Motz
United States District Judge